

**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

JPL:DSS/SDD
F.#2012R00949

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

July 9, 2012

**BY HAND AND ECF**

The Honorable Joan M. Azrack
United States Magistrate Judge
Eastern District of New York
United States Courthouse
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:  United States v. John Doe
           Criminal Docket No. 12-M-614

Dear Judge Azrack:

    The government respectfully submits the enclosed motion and proposed order to close the courtroom for a proceeding and requests that the motion and any order entered by the Court be filed under seal.  The attorney for the defendant in the above-captioned case has been advised and provided with a copy of this letter and the enclosed motion and proposed order.

    The government further writes to confirm that a hearing on this motion has been scheduled for tomorrow at 11:30 a.m. in Courtroom number 2A.

                                  Respectfully submitted,

                                  LORETTA E. LYNCH
                                  United States Attorney

                      By:   /s/ Seth D. DuCharme
                                  Daniel S. Silver
                                  Seth DuCharme
                                  Assistant U.S. Attorneys
Encls.                          (718) 254-6034/ 6021

cc: Michelle Gelernt, Esq. (w/enc.)